ACCEPTED
14-15-00201-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 10:59:22 AM
CHRISTOPHER PRINE
CLERK



# COUNTY of GALVESTON
Criminal District Attorney

## JACK ROADY

**Kevin Petroff**
First Assistant

FILED IN **Johnny J. Freeze**
14th COURT OF APPEALS Chief Investigator
HOUSTON, TEXAS
9/21/2015 10:59:22 AM **Zenica Wiltz-ner-Smith**
Chief Executive Officer
CHRISTOPHER A. PRINE
Clerk

September 21, 2015

Christopher A. Prine, Clerk                    *Via e-file*
Court of Appeals
First District of Texas
301 Fannin
Houston, TX 77002

RE:   Nos. 01-14-00201-CR; 01-14-00202-CR   [handwritten: 14-15 ... 14-15]
      *Anthony Deon Bradford v. State of Texas*
      122nd District Court of Galveston County, Texas
      Cause No. 14CR0146 and 14CR0147

Dear Mr. Prine:

On July 23, 2015, Appellant filed an *Anders* brief in the above case along with a motion to access the appellate record. On July 28, 2015, this Court issued an Order directing the district court and the clerk to furnish Appellant the record by August 13, 2015. The Order also gave Appellant 30 days within the date of receipt of the record to file his pro se brief.

Appellant was sent the record on or about July 30. *See supplemental record p. 13.* As of September 18, 2015, Appellant has not filed a pro se brief.

The State does not plan to file a response to the *Anders* brief.

---

**Felony Section**      **Family Law Section**      **Grand Jury Section**      **Worthless Check Section**      **Felony Victim's Asst.**      **Houston Line**
Off: 409-766-2355        409-766-2364               409-766-2379               409-766-2429                    409-770-5124                   281-316-8300

Fax: 409-766-2290

www.co.galveston.tx.us

600 59TH Street, Suite 1001   •   Galveston, Texas 77551-4137



# COUNTY of GALVESTON

Criminal District Attorney

## JACK ROADY

**Kevin Petroff**
First Assistant

**Johnny J. Freeze**
Chief Investigator

**Zonia Wilturner-Smith**
Chief Executive Officer

If the Court wishes the State to file an answer, the State will readily oblige.

Sincerely,

Allison Lindblade, Assistant
Criminal District Attorney
Galveston County, Texas
allison.lindblade@co.galveston.tx.us

cc:   Winifred Weber, Attorney for the Appellant
     *Via e-file*

Anthony Bradford, via USPS

| Felony Section | Family Law Section | Grand Jury Section | Worthless Check Section | Felony Victim's Asst. | Houston Line |
|---|---|---|---|---|---|
| Off: 409-766-2355 | 409-766-2364 | 409-766-2379 | 409-766-2429 | 409-770-5124 | 281-316-8300 |

Fax: 409-766-2290

www.co.galveston.tx.us

**600 59TH Street, Suite 1001   •   Galveston, Texas  77551-4137**